(P J.O)

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF EASTERN DISTRICT OF NY
-----------------------------------------------------------------------------------X
HINDU TEMPLE SOCIETY OF NORTH AMERICA, ET ALIA,

                     Plaintiff(s)
  Against

SUPREME COURT OF THE STATE OF NEW YORK, ET ALIA,

                    Defendant(s)
-----------------------------------------------------------------------------------X

**FILED**
Index No. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 2 2004 ★

Affidavit
**BROOKLYN OFFICE**
Summons and Complaint

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at NEW YORK, NY

That on August 10, 2004 at 10:13 AM at the address
        60 EAST 42ND STREET, STE 1501
        NEW YORK, NY 10165

deponent served the within Summons and Complaint

UPON: **KRISHNAN CHITTUR, ESQ.**

By personally delivering a true copy of the Summons and Complaint to said served.
Deponent knew the person so served to be the defendant described therein.

Deponent describes the person actually served as follows:
SEX: MALE
SKIN: Brown
HAIR: Gray
AGE: 51-65
HEIGHT: 5'4"-5'8"
WEIGHT: 161-200
OTHER FEATURES: Glasses

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this 2?th day of July, 2004

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES: October 15, 2006

RAMON TORRES
LICENSE NO.: 1097961

NICOLETTI & HARRIS, INC. 139 FULTON STREET NEW YORK, N.Y. 10038 (212) 267-6448 FAX: 267-5842

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF EASTERN DISTRICT OF NY

----------------------------------------------------------------X  Index No.  04 CV 3342

HINDU TEMPLE SOCIETY OF NORTH AMERICA, ET ALIA,

                      Plaintiff(s)

      Against                                              **Affidavit of Service of**

SUPREME COURT OF THE STATE OF NEW YORK, ET ALIA,      **Summons and Complaint**

                    Defendant(s)
----------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on August 09, 2004 at 07:51 PM at the address

      459 72ND STREET
      BROOKLYN, NY 11209

deponent served the within Summons and Complaint

UPON: **KISHNAMURTHY AIYER**

By personally delivering a true copy of the Summons and Complaint to said served.
Deponent knew the person so served to be the defendant described therein.

Deponent describes the person actually served as follows:
SEX:     MALE
SKIN:    Brown
HAIR:    Gray and Balding
AGE:     36-50
HEIGHT: 5'4"-5'8"
WEIGHT: 131-160

✓ I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

*Sworn to before me this* 10th day of August, 2004

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES: October 15, 2006

ANGELO RODRIGUEZ
LICENSE NO.: 1000177

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF EASTERN DISTRICT OF NY

-----------------------------------------------------------------------X   Index No.   04 CV 3342
HINDU TEMPLE SOCIETY OF NORTH AMERICA, ET ALIA,

                       Plaintiff(s)

        Against                                                     **Affidavit of Service of**

SUPREME COURT OF THE STATE OF NEW YORK, ET ALIA,          **Summons and Complaint**

                    Defendant(s)
-----------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on August 09, 2004 at 11:56 AM at the address
        120 BROADWAY
        NEW YORK, NY

deponent served the within Summons and Complaint

UPON:   **OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK**
By personally delivering a true copy of the Summons and Complaint to ANTHONY GONZALEZ, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:     MALE
SKIN:    White
HAIR:    Brown and Gray
AGE:     51-65
HEIGHT: 5'4"-5'8"
WEIGHT: 161-200

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this 10th day of August, 2004

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES: October 15, 2006

ANGELO RODRIGUEZ
LICENSE NO.: 1000177

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF EASTERN DISTRICT OF NY
-------------------------------------------------------------------X  Index No. 04 CV 3342

HINDU TEMPLE SOCIETY OF NORTH AMERICA, ET ALIA,

               Plaintiff(s)                Affidavit of Service of
  Against                                         Summons and Complaint

SUPREME COURT OF THE STATE OF NEW YORK, ET ALIA,

               Defendant(s)
-------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on August 09, 2004 at 06:08 PM at the address
    33 SOUTH BAYLESS AVENUE
    PORT WAHSINGTON, NY 11050

deponent served the within Summons and Complaint

UPON: **ANTHONY J. PIACENTINI**

By personally delivering a true copy of the Summons and Complaint to said served.
Deponent knew the person so served to be the defendant described therein.

Deponent describes the person actually served as follows:
SEX: MALE
SKIN: White
HAIR: Brown and Balding
AGE: 36-50
HEIGHT: SITTING
WEIGHT: 161-200
OTHER FEATURES: Glasses

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this 10th day of August, 2004

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES: October 15, 2006

ANGELO RODRIGUEZ
LICENSE NO.: 1000177